IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROGERS-O'BRIEN CONSTRUCTION COMPANY, LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No: 5:20-cv-00590-FB |
| MICROSOFT CORPORATION | § § § | |
| Defendant. | § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

NOW COMES Plaintiff Rogers-O'Brien Construction Company, LLC, by and through its undersigned counsel, files this Disclosure of Interested Parties in compliance with FED. R. CIV. P. 7.1 and discloses the following:

1. Rogers-O'Brien Construction Company, LLC is a Texas Limited Liability Company, with its principal place of business in Dallas, Texas.

2. Rogers-O'Brien Construction Company, LLC is wholly owned by Rogers-O'Brien Holdings, Inc. which is a private Texas corporation. No publicly held company owns 10% or more of its stock.

Respectfully submitted,

COKINOS | YOUNG

Las Cimas IV
900 S. Capital of Texas Highway, Suite 425
Austin, Texas 78746
(512) 476-1198 (Direct)
(512) 610-1184 (Fax)

By: /s/ *Stephanie H. Cook*
STEPHANIE H. COOK
Attorney in Charge

State Bar No. 24013071
scook@cokinoslaw.com

**ATTORNEYS FOR PLAINTIFF
ROGERS-O'BRIEN CONSTRUCTION
COMPANY, LLC**

## CERTIFICATE OF SERVICE

I certify that on June 17, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification to the CM/ECF participants.

*/s/ Stephanie H. Cook*
Stephanie H. Cook