# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROGERS-O'BRIEN CONSTRUCTION, CO., LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-20-CA-590-FB |
| MICROSOFT CORPORATION, | ) ) ) | |
| Defendant. | ) | |

### ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION TO LIFT STAY AND ENFORCE SUBPOENAS AND FURTHER ORDERS OF THE COURT

Before the Court are Plaintiff's Emergency Motion to Lift Stay and Enforce Subpoenas (docket no. 22) and Rogers-O'Brien Construction Co., LLC's Motion and Request for Oral Hearing on Motion to Lift Stay and Enforce Subpoenas (docket no. 23). After careful consideration of the motion and authorities cited therein, the pleadings on file, and the entire record in this case, the Court is of the opinion that the emergency motion should be granted, the motion for an oral hearing should be dismissed as moot, and further orders of the Court should be entered.

IT IS THEREFORE ORDERED that Plaintiff's Emergency Motion to Lift Stay (contained within docket no. 22) is GRANTED such that the Order of Administrative Closure (docket no. 13) entered in this case on August 5, 2020, is LIFTED for the limited purpose of entering this Order.

IT IS FURTHER ORDERED that Plaintiff's Emergency Motion to Enforce Subpoenas (contained within docket no. 22) is GRANTED such that Linesight Consulting, LLC; Eaton Corporation; Siemens Corporation; and Silent Aire are COMMANDED to respond to the subpoenas duces tecum issued in American Arbitration Association Case No. 02-20-0004-9750.

IT IS FURTHER ORDERED that Rogers-O'Brien Construction Co., LLC's Motion and Request for Oral Hearing on Motion to Lift Stay and Enforce Subpoenas (docket no. 23) is DISMISSED as MOOT.

IT IS FINALLY ORDERED that the Clerk's office is DIRECTED to REINSTATE the Order of Administrative Closure (contained within docket no. 13) entered in this case on August 5, 2020. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Court's own motion. Parties may continue to file motions and documents in the case.

It is so ORDERED.

SIGNED this 28th day of October, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE