IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ROGERS-O'BRIEN CONSTRUCTION, LLC,** | § § § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 5:20-cv-590-FB** |
| **v.** | § § | |
| **MICROSOFT CORPORATION,** | § § § | |
| **Defendant.** | § | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Rogers-O'Brien Construction, LLC, and Defendant, Microsoft Corporation file this Joint Motion to Dismiss With Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and respectfully state as follows:

Plaintiff and Defendant have settled the disputes between them and agree that all claims in this lawsuit, as reflected in the Confidential Final Change Order, Settlement Agreement, and Release, be dismissed with prejudice. The parties further agree that each party will bear its own attorneys' fees and costs.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court dismiss Plaintiff's claims against Defendant with prejudice, and order that the parties bear their own attorneys' fees and costs.

Respectfully submitted,

COKINOS | YOUNG
Las Cimas IV
900 S. Capital of Texas Highway
Suite 425
Austin, Texas 78746
(512) 476-1080 (Office)
(512) 476-1198 (Direct)
(512) 610-1184 (Fax)

By: */s/ Stephanie H. Cook*
STEPHANIE H. COOK

State Bar No. 24013071
scook@cokinoslaw.com
ABIGAIL E. CHACON
State Bar No. 24105029
achacon@cokinoslaw.com
**ATTORNEY FOR PLAINTIFF**
**ROGERS-O'BRIEN CONSTRUCTION**
**CO., LLC**

*/s/ Mike Stenglein*
MIKE STENGLEIN
Texas Bar No. 00791729
**KING & SPALDING LLP**
500 West 2nd Street
Suite 1800
Austin, Texas 78701
Tel: 512.457.2003
Fax: 512.457.2100
mstenglein@kslaw.com

AND

Karl F. Oles
Washington Bar No. 16401
*Pro Hac Vice*
Bart W. Reed
Washington Bar No. 45005
Pro Hac Vice
**STOEL RIVES LLP**
600 University Street
Suite 3600
Seattle, WA 98101-4109
Tel: 206.624.0900
Fax: 206.386.7500
karl.oles@stoel.com
bart.reed@stoel.com

**ATTORNEYS FOR DEFENDANT**
**MICROSOFT CORPORATION**